U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

APR 1 8 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **BYRON MCINDOE** | : | **DOCKET NO. 06-1450** |
| VS. | : | **JUDGE TRIMBLE** |
| **U.S. ATTORNEY GENERAL, ET AL** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this Court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**ORDERED** that petitioner's challenge to his detention is **DENIED** and that this petition be **DISMISSED.**

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 18th day of April, 2007.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE